**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Theodore CAMPBELL, Jr., Petitioner**

**No. 170 WAL 2017**

Supreme Court of Pennsylvania.

August 9, 2017

---

**ORDER**

PER CURIAM

**AND NOW,** this 9th day of August, 2017, the Petition for Allowance of Appeal is **DENIED.**